No. 15,571.

SAPPER v. SAPPER
(157 P. [2d] 149)

Decided March 12, 1945. Rehearing denied April 2, 1945.

Judgment affirmed en banc on application for supersedeas without written opinion.

Mr. L. F. BUTLER, Mr. E. V. HOLLAND, for plaintiff in error.

Mr. DAVID H. MORRIS, for defendant in error.